**Clifford H. MUCK, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, United States Department to Labor, Respondent.**

No. 06–1158.

United States Court of Appeals, Fourth Circuit.

Submitted: June 15, 2006.

Decided: June 19, 2006.

Clifford H. Muck, Petitioner Pro Se. Jeffrey Steven Goldberg, Christian P. Barber, United States Department of Labor, Washington, D.C., for Respondent.

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clifford H. Muck seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm for the reasons stated by the Board. *Muck v. Dir. Office of Workers' Comp. Prog.,* No. 05–0462–BLA (BRB Nov. 30, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*